

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:   Laverne Natalie Dailey v. Alma McAfee, dependent Administratrix of the Estate of Carl M. Carroll, Jr., deceased

Appellate case number:   01-21-00106-CV

Trial court case number:   297526-402

Trial court:   Probate Court No. 2 of Harris County

On September 8, 2022, appellee Alma McAfee filed a motion for rehearing, which did not seek reconsideration by the full en banc court. On the same day, McAfee filed a "Motion for Leave to File Motion for En Banc Reconsideration." Appellant Laverne Natalie Dailey has filed a response opposing the motion and stating that the rehearing deadline was August 31, 2022.

We **grant** the motion for extension of time to file a motion for rehearing. The motion for en banc reconsideration, if any, is due **Tuesday, September 20, 2022.**

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___September 15, 2022_____